SAINT JOSEPH'S POLISH CATHOLIC BENEFICIAL SOCIETY of the City of Wilmington, a corporation of the State of Delaware, vs. SAINT HEDWIG'S CHURCH, Wilmington, Delaware.

*Assumpsit—Promissory Note—Corporation—Seal—Affidavit of Demand by the Treasurer—Practice.*

1. In an affidavit of demand made by the alleged treasurer of the corporation plaintiff, it must be alleged in the body of the affidavit that the affiant is such treasurer.

2. When the cause of action is a promissory note alleged to have been made by a corporation, and it appears from the copy of the note filed with the affidavit of demand, that no corporate seal was affixed to the note, judgment will, on motion, be refused.

(*May 29, 1901.*)

JUDGES SPRUANCE and GRUBB, sitting.

*Samuel S. Adams, Jr.,* for plaintiff.

*Edwin R. Cochran, Jr.,* for defendant.

Superior Court, New Castle County, May Term, 1901.

ACTION OF ASSUMPSIT (No. 141, May Term, 1901).

The plaintiff filed an affidavit of demand, the body of which was as follows:

" State of Delaware ⎱
⎰ ss.
New Castle County ⎰

"Before me George H. Hollis a Notary Public for the State of Delaware personally comes John Maliszefski Treasurer of the said Society the plaintiff above named, who being by me duly sworn according to law, deposes and says, that annexed hereto is an exact copy of a promissory note sued upon in this action; that the sum demanded by the said defendant which is due and unpaid is Thirteen Hundred and Thirty dollars ($1330).

" JOHN MALISZEFSKI,
" Treasurer of Saint Joseph's Beneficial Society, the plaintiff above named."

"And said deponent further says, that he verily believes that the same is justly and truly due from the said defendant to the said plaintiff.

" Sworn and subscribed before me this sixteenth day of May A. D. 1901. In witness whereof I hereunto set my hand and seal the day and year last aforesaid.        (Notary's Seal).

" GEORGE H. HOLLIS.
" *Notary Public.*"

The note attached to the affidavit of demand was in the following form:

"St. Paul's Church,
" Fourth and Jackson Streets,
" Wilmington, Delaware, Feb. 12, 1900.

" One year after date the corporation of St. Hedwig's Church promises to pay to St. Joseph's Beneficial Society seventeen hundred dollars ($1700.).

" REV. JOHN S. GULZ, *Treasurer.*
" JAN MALISZEWSKI, *Trustee.*
"Approved by          "PIOTER CHELMIENIEVICZ, *Trustee.*"
"J. J. MONAGHAN,
" *Bishop of Wilmington.*"

(Thirty-four cents in documentary stamps).

Said copy showed the following endorsements on the back thereof:
" 17th of May, 1900, taken from the note two hundred doll. ($200.).

" REV. JOHN S. GULCZ.
" THEODORE SIKORSKI, *Pres.*
" JAN GRABKOWSKI, *Sekatair*
" JAN MALISZEWSKI, *Treasurer.*

" 4th Oct., 1900, taken from the note Feb. 12th 1900, $170.

" THEODORE SIKORSKI.
" JAN GRABKOWSKI."

*Cochran,* for defendant, moved that judgment be refused, notwithstanding the affidavit of demand, because of the insufficiency of the affidavit, upon three grounds, viz.:

*First.* That the signature of the affiant appeared above, instead of below a very material clause in the affidavit, to the

effect that he verily believes that the same is justly and truly due from the said defendant to the said plaintiff.

*Second.*  That there was no corporate seal appearing on the copy of the note annexed to the affidavit.

*Third.*  That the alleged treasurer of the corporation was averred nowhere in the body of the affidavit as such treasurer.

SPRUANCE, J.:—On the last two grounds we hold that the affidavit is insufficient.

Judge Grubb's view is that it is enough that the affiant has not sworn that he is the treasurer of the corporation.  I would put it as well on the ground of the defect in the note itself.  The note does not show upon its face any obligation of the corporation defendant to the plaintiff.

We refuse judgment, notwithstanding the affidavit of demand.